IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-10686
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL D. FLEMONS,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:01-CR-134-2-M
--------------------
January 22, 2003

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Michael D. Flemons appeals his convictions for conspiracy to commit health care fraud and substantive health care fraud acts. He contends that there was insufficient evidence to support his convictions.

We have reviewed the record and briefs submitted by the parties and find that, viewed in the light most favorable to the verdict, the evidence was sufficient to support Flemons'

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

convictions. <u>See</u> <u>Pinkerton v. United States</u>, 328 U.S. 640, 647–48 (1946); <u>United States v. Ortega Reyna</u>, 148 F.3d 540, 543 (5th Cir. 1998); <u>United States v. Wilson</u>, 105 F.3d 219, 221 (5th Cir. 1997).

AFFIRMED.